1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    ALBERTO GOMEZ ESTRADA,                    1:06-cv-0109-AWI-TAG HC

9              Petitioner,

10       vs.                                   ORDER GRANTING MOTION TO
                                               PROCEED IN FORMA PAUPERIS
11   LANCASTER STATE PRISON
     WARDEN                                    (Doc. 4 - Southern District)
12
              Respondent.
13   _____/

14       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15   28 U.S.C. § 2254.

16       Petitioner has filed an application to proceed in forma pauperis and a certified copy of

17   petitioner's prison trust account statement.   Examination of these documents reveals that petitioner

18   is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis

19   (Doc. 4–Southern District), is GRANTED.  See 28 U.S.C. § 1915.

20

21   IT IS SO ORDERED.

22   Dated:   **March 12, 2006**                    _____/s/ Theresa A. Goldner_____
     **j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28