1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ALBERTO GOMEZ ESTRADA, | 1:06-cv-00109-AWI-TAG HC |
| Petitioner, | |
| v. | ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION (Doc. 4) |
| LANCASTER STATE PRISON WARDEN, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE (Doc. 1) |
| Respondents. | |
| | ORDER DIRECTING CLERK OF COURT TO CLOSE FILE |

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas

corpus pursuant to 28 U.S.C. § 2254.

        The instant federal petition for writ of habeas corpus was originally filed in the Southern

District of California, and on February 2, 2006, was transferred to the Eastern District of

California. (Doc. 1).   The petition appears to challenge Petitioner's entry of a plea of nolo

contendere to felony charges in Kern County Superior Court on or about February 1, 2006.   (Id.).

The petition indicates that Petitioner has yet to commence his state court appeals following his

conviction.  On April 20, 2006, Petitioner filed the instant motion to voluntarily dismiss the

1

1   petition.  (Doc. 4).

2          Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without

3   leave of court before service by the adverse party of an answer or motion for summary judgment.

4   Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed except upon order of the court

5   and upon such terms and conditions as the court deems proper.  Id.  Here, no answer has been

6   served or filed.

7          Accordingly, IT IS ORDERED as follows:

8          1.  Petitioner's motion for voluntary dismissal (Doc. 4), is GRANTED;

9          2.  The petition for writ of habeas corpus (Doc. 1), is DISMISSED without prejudice;

10         and,

11         3.  The Clerk of the Court is DIRECTED to close this action because this order

12         terminates the proceedings in its entirety.

13

14   IT IS SO ORDERED.

15   **Dated:    April 28, 2006**                        _____/s/ **Anthony W. Ishii**_____
     0m8i78                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2